IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CONNIE SONTHEIMER,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) CIVIL NO. 07-CV-456 DRH |
| **WAL-MART STORES, INC.,** | ) ) ) |
| **Defendant.** | ) |

# ORDER

**HERNDON, District Judge:**

The Court having been advised by counsel for the defendant that the above action has been settled but that additional time is needed to consummate the settlement, the Clerk of Court is **DIRECTED** to enter judgment dismissing this action with prejudice and without costs 60 days from the date of this Order. Should the parties fail to consummate settlement within 60 days, they may petition the Court to delay entry of judgment.

In light of the parties' settlement, the Court **DENIES as moot** all pending motions and **VACATES** all court dates.

**IT IS SO ORDERED.**

DATED: December 7, 2007

/s/    David R Herndon
CHIEF JUDGE
UNITED STATES DISTRICT COURT