IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CONNIE SONTHEIMER,

    Plaintiff,

v.

WAL-MART STORES, INC.,

    Defendant.                                Case No. 07-cv-456-DRH

## ORDER

**HERNDON, Chief Judge:**

    Before the Court is a Stipulation for Dismissal (Doc. 15), filed by the parties. As the parties have stated the matter has been settled, the Court hereby **ACKNOWLEDGES** the Stipulation (Doc. 15). Accordingly, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs. The case shall now be closed.

    **IT IS SO ORDERED.**

    Signed this 18th day of December, 2007.

                                /s/     David R Herndon
                              **Chief Judge**
                              **United States District Court**