IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CONNIE SONTHEIMER,**

    **Plaintiff,**

    vs.                                        Cause No. 07-CV-456 DRH

**WAL-MART STORES, INC.,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.------------------------------------------------------------------------------

                                                            **NORBERT G. JAWORSKI, CLERK**

December 21, 2007                          By: s/Patricia Brown
                                                                             Deputy Clerk

APPROVED: /s/     *David R Herndon*
                **CHIEF JUDGE**
                **U.S. DISTRICT COURT**